UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION


FILED IN OPEN COURT
ON 7/10/12 SE
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

VS.

Michael Justin Fanelly

NO. 7:12-CR-31-F

ORDER

**IT IS HEREBY ORDERED** that the following government exhibit(s) admitted into evidence on 7/9/12 & 7/10/12 be turned over to ~~Special Agent~~ Terry M. Meinecke to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 1 | ATF Informant Agreement |
| 2 | Semi-Annual Informant Report |
| 3 | USDOJ Informant Request |
| 4 | Semi-Annual Status Report |
| 5 | Phone Records for Deft.'s-ATF Phone |
| 6 | Informant Use Instructions |

This 10th day of July, 2012.

James C. Fox
UNITED STATES DISTRICT JUDGE

Received by ~~Agent~~
Terry M. Meinecke        (signature) on        (date)

Case 7:12-cr-00031-F  Document 44  Filed 07/10/12  Page 1 of 1