AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA

v.

MICHAEL JUSTIN FANELLY

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 7:12-CR-31-1F

At the close of the Government's evidence, the court ALLOWS Defendant's Motion for Judgment of Acquittal as to Counts 1 and 2 of the Indictment pursuant to Rule 29 of the Federal Rules of Criminal Procedure and the case is DISMISSED.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant be acquitted, discharged, and any bond exonerated.

_/s/ James C. Fox_
Signature of Judge

James C. Fox, Senior United States District Judge
Name and Title of Judge

July 11, 2012
Date